

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00247-CR

———————————————

DENELL HOWELL, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from County Criminal Court No. 1
Tarrant County, Texas
Trial Court No. 1761172

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

In accordance with a plea agreement, Appellant Denell Howell pled guilty to driving while intoxicated and received a sentence of 100 days in the Tarrant County Jail, probated for eighteen months. Howell filed a notice of appeal, but the trial court's certification of Howell's right to appeal stated that this was a plea-bargain case and that Howell had no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Given that certification, we notified Howell that we would dismiss the appeal unless by October 2, 2023, he or another party filed with this court a response showing grounds for the appeal's continuation.

We have not received a response. Accordingly, we dismiss Howell's appeal. *See* Tex. R. App. P. 25(a)(2), (d), 43.2(f); *Roberts v. State*, 508 S.W.3d 481, 482 (Tex. App.—Fort Worth 2015, no pet.) (mem. op.); *see also Gray v. State*, No. 02-17-00271-CR, 2017 WL 4296449, at *1 (Tex. App.—Fort Worth Sept. 28, 2017, no pet.) (mem. op., not designated for publication).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: November 2, 2023